IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
CHATTANOOGA DIVISION

| | |
|---|---|
| GARY BLOODSAW, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 1:12-cv-426 |
| ) | |
| HAMILTON COUNTY BOARD OF ) | Collier/Lee |
| EDUCATION, ) | Jury Demanded |
| ) | |
| Defendant. ) | |

## AGREED ORDER OF DISMISSAL WITH PREJUDICE

Having been advised by counsel for the parties that the matters and things in controversy between them have been resolved and that they agree that the lawsuit should be dismissed with prejudice, the Court finds that such dismissal is appropriate.

It is therefore **ORDERED, AJUDGED,** and **DECREED** that this case is hereby dismissed with prejudice. Court costs shall be assessed against the Plaintiff.

Entered this ____ day of _____, 2014.

/s/ _____
THE HONORABLE CURTIS L. COLLIER
UNITED STATES DISTRICT COURT JUDGE

APPROVED FOR ENTRY:

/s Courtney L. Wilbert_____
Richard L. Colbert, No. 9397
Courtney L. Wilbert, No. 23089
W.W. Franklin Wilbert, No. 23090
KAY, GRIFFIN, ENKEMA & COLBERT, PLLC
222 Second Ave. N, Suite 340-M
Nashville, TN 37201
(615) 742-4800

*Attorneys for the Plaintiff, Gary Bloodsaw*

/s D. Scott Bennett
D. Scott Bennett, #15988
Mary C. DeCamp, #27182
LEITNER, WILLIAMS, DOOLEY & NAPOLITAN, PLLC
801 Broad Street
Third Floor
Chattanooga, TN 37402
(423) 265-0214

*Attorneys for Defendant, Hamilton County*
*Board of Education*